UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED

JUN - 6 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
) CR NO: 2:13-cr-00077-JAM
v. )
)
RAFAEL OLIVERA VALENCIA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **RAFAEL OLIVERA VALENCIA**

Detained at (custodian): **Tehama County Jail**

Detainee is:   a.)   ☐ charged in this district by:
    ☒ Indictment     ☐ Information     ☐ Complaint
    Charging Detainee With: **Being a Deported Alien Found in the United States**

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ☐ return to the custody of detaining facility upon termination of proceedings
or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

    Signature: /s/ Nirav Desai
    Printed Name & Phone No: **AUSA NIRAV DESAI/916-554-2716**
    Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

6/6/13
Date                               United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Juan Carlos Morfin-Sanchez | Male ☒ | Female ☐ |
| Booking or CDC #: | 1301160159 | DOB: | |
| Facility Address: | 502 Oak Street | Race: | |
| | Red Bluff, CA 96080 | FBI #: | 261500HC6 |
| Facility Phone: | 530-529-7910 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____
                                                                        (Signature)